lant; *Lester L. Greevy*, and *Greevy, Knittle & Mitchell*, for appellee.

Order affirmed.

## Commonwealth *v.* Pannell, Appellant.

Argued December 14, 1965. *Gilliat G. Schroeder*, with him *Schroeder & Raymond*, for appellant; *Ralph B. D'Iorio*, Assistant District Attorney, *Domenic D. Jerome*, First Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., would quash this appeal for the reason that it is from an order of parole.

FLOOD, J., absent.

## Commonwealth *v.* Richardson, Appellant.

Argued December 15, 1965. *Leonard Rubin*, for appellant; *Gordon Gelfond* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.

## Commonwealth *v.* Temple, Appellant.

Argued December 16, 1965.  *John Woodcock,* with him *Arthur C. Dale,* for appellant; *John A. Harris,* District Attorney, for Commonwealth, appellee.

PER CURIAM: The judgment of sentence is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

FLOOD, J., absent.

## Commonwealth *v.* Terry, Appellant.

Argued December 17, 1965.  *Edward Reif,* for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *Edward Rosenwald,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

PER CURIAM: The judgment of sentence is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

FLOOD, J., absent.